| | |
|---|---|
| 1 | Scott P. Jang (State Bar No. 260191) |
| | JACKSON LEWIS P.C. |
| 2 | 50 California Street, 9th Floor |
| | San Francisco, CA  94111-4615 |
| 3 | Telephone:     (415) 394-9400 |
| | Facsimile:      (415) 394-9401 |
| 4 | E-mail:           Scott.Jang@jacksonlewis.com |

Sean M. Bothamley (State Bar No. 300100)
Jimmy Macias (State Bar No. 287027)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, CA 95113
Tel:  (408) 579-0404
Fax:  (408) 454-0290
E-mail:       Sean.Bothamley@jacksonlewis.com
              Jimmy.Macias@jacksonlewis.com

Attorneys for Defendants
COOLPORT MANAGEMENT LLC; DREISBACH ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, an individual, on behalf of himself and others similarly situated, | Case No. 23-CV-06419 |
| Plaintiff, | **DEFENDANTS COOLPORT MANAGEMENT LLC AND DREISBACH ENTERPRISES' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| COOLPORT MANAGEMENT LLC, a Delaware limited liability company; DREISBACH ENTERPRISES, INC. a California stock corporation; and DOES 1 through 50, inclusive . | State Action filed: October 31, 2023 |

Case No. 23-CV-06419

DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO

## CIVIL LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

December 13, 2023                              JACKSON LEWIS P.C.

                                                    By:   */s/ Scott P. Jang*
                                                                              Scott P. Jang
                                                                              Sean M. Bothamley
                                                                              Jimmy Macias
                                                                              Attorneys for Defendants
                                                                              COOLPORT MANAGEMENT LLC;
                                                                              DREISBACH ENTERPRISES INC.

4880-3396-1879, v. 1

Case No. 23-CV-06419