1 | Scott P. Jang (State Bar No. 260191)
    JACKSON LEWIS P.C.
2 | 50 California Street, 9th Floor
    San Francisco, CA 94111-4615
3 | Telephone: (415) 394-9400
    Facsimile: (415) 394-9401
4 | E-mail: Scott.Jang@jacksonlewis.com

5 | Sean M. Bothamley (State Bar No. 300100)
    Jimmy Macias (State Bar No. 287027)
6 | JACKSON LEWIS P.C.
    160 W. Santa Clara St., Suite 400
7 | San Jose, CA 95113
    Telephone: (408) 579-0404
8 | Facsimile: (408) 454-0290
    E-mail: Sean.Bothamley@jacksonlewis.com
9 | E-mail: Jimmy.Macias@jacksonlewis.com

10 | Attorneys for Defendants
     COOLPORT MANAGEMENT LLC; DREISBACH
11 | ENTERPRISES, INC

12 | Counsel for Plaintiff on the following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, an individual, on behalf of himself and others similarly situated, | Case No. 3:23-cv-06419-AGT |
| Plaintiff, | **JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; STIPULATION** |
| v. | |
| COOLPORT MANAGEMENT LLC, a Delaware limited liability company; DRESISBACH ENTERPRISES, INC. a California stock corporation; and DOES 1 through 50, inclusive  . | Magistrate Judge: Alex G. Tse

State Action Filed: 10/31/2023
Removal Filed: 12/13/2023 |

D.LAW, INC.
Emil Davtyan (SBN 299363)
Emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Alvin B. Lindsay (SBN 220236)
a.lindsay@d.law
Melissa Rodriguez (SBN 352716)
m.rodriguez@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Fax: (818) 962-6469

Attorneys for Plaintiff Timothy Johnson, on behalf of himself and others similarly situated

JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
STIPULATION

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 3-12 and 7-11, Plaintiff TIMOTHY JOHNSON ("Plaintiff") and Defendants COOLPORT MANAGEMENT LLC and DRESISBACH ENTERPRISES, INC. ("Defendants") (collectively, "Parties"), who are also the parties in *Johnson, et al. v. Coolport Management LLC, et al.*, Case No. 4:24-cv-00948-HSG (the "*Johnson* PAGA Action"), file this administrative motion asking the Court to consider whether the *Johnson* PAGA Action should be related to this earlier-filed case *Johnson, et al. v. Coolport Management LLC, et al.*, Case No. 3:23-cv-06419-AGT (the "*Johnson* Class Action"), which are both currently pending before the United States District Court for the Northern District of California.

The cases appear to be related because they both concern the same parties, allege violations of the same underlying Labor Code provisions, and may result in unduly duplication of labor and expense if the cases were before two different Judges.

Both cases were filed by Plaintiff against Defendants in the San Joaquin County Superior Court, and Defendants removed both cases to the United States District Court for the Northern District of California upon the same grounds: that Plaintiff's claims are preempted under Section 301 of the Labor Management Relations Act, thereby establishing federal question jurisdiction. Plaintiff challenged Defendant's removal and filed a motion to remand the *Johnson* Class Action, which Defendants opposed on February 21, 2024, and Plaintiff replied on February 28, 2024. At the May 17, 2024 hearing, Judge Tse ordered the Parties to provide supplemental briefing on the matter for the Court to determine how it should rule on Plaintiff's motion to remand.

To promote efficiency, the Parties agree these cases should be related. Judge Tse's familiarity and knowledge about the Parties and procedural history will allow him to best assess whether the *Johnson* PAGA Action should remain in Federal Court in the event Plaintiff files a motion to remand in the PAGA case.

In furtherance of this Motion, and in compliance with Civil L.R. 7-11, the Parties met and conferred and have agreed to jointly file this motion, and to stipulate to the relief requested.

For all the foregoing reasons, the Parties respectfully request that this Court enter an order

relating the *Johnson* PAGA Action and the *Johnson* Class Action.

Dated:  May 23, 2024                    D.LAW, INC.
               DAVID YEREMIAN &
               ASSOCIATES, INC.


              By */s/ Melissa Rodriguez*
               David H. Yeremian
               Alvin B. Lindsay
               Melissa Rodriguez
               Attorneys for Plaintiff TIMOTHY JOHNSON and the Putative Class


Dated:  May 23, 2024                    JACKSON LEWIS P.C.


              By: */s/ Sean M. Bothamley*
               Scott P. Jang
               Sean M. Bothamley
               Jimmy Macias
               Attorneys for Defendants
               COOLPOINT MANAGEMENT LLC; DREISBACH ENTERPRISES, INC.

| | |
|---|---|
| 1 | **STIPULATION** |

Pursuant to Civil L.R. 3-12, 7-11, and 7-12, Plaintiff TIMOTHY JOHNSON and Defendants COOLPORT MANAGEMENT LLC and DRESISBACH ENTERPRISES, INC., by and through their respective counsel of record, hereby stipulate to this Court relating the action entitled *Johnson, et al. v. Coolport Management LLC, et al.*, Case No. 4:24-cv-00948-HSG with this earlier-filed action entitled *Johnson, et al. v. Coolport Management LLC, et al.*, Case No. 3:23-cv-06419-AGT.

Dated:  May 23, 2024                                    D.LAW, INC.
                                                                           DAVID YEREMIAN & ASSOCIATES, INC.


                                                                           By:    */s/ Melissa Rodriguez*
                                                                                   David H. Yeremian
                                                                                   Alvin B. Lindsay
                                                                                   Melissa Rodriguez
                                                                                   Attorneys for Plaintiff TIMOTHY
                                                                                   JOHNSON and the Putative Class


Dated:  May 23, 2024                                    JACKSON LEWIS P.C.


                                                                           By: */s/ Sean M. Bothamley*
                                                                                   Scott P. Jang
                                                                                   Sean M. Bothamley
                                                                                   Jimmy Macias
                                                                                   Attorneys for Defendants
                                                                                   COOLPOINT MANAGEMENT LLC;
                                                                                   DREISBACH ENTERPRISES, INC.


**SIGNATURE ATTESTATION**

The filer hereby attests that he received consent and authority to execute and file from every signatory to this document.

Date:  May 23, 2024
                                                                           By:  */s/ Sean M. Bothamley*
                                                                                   Sean M. Bothamley